UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PRIMED PHARMACEUTICALS LLC; OAK DRUGS INC., | Civil Action No. 18-17462 (KM) (MAH) |
| Plaintiffs, | |
| v. | ORDER ADOPTING DECISION AND RECOMMENDATIONS OF THE SPECIAL DISCOVERY MASTER |
| NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, et al., | |
| Defendants. | |

This Court, by Order filed on July 17, 2023 [D.E. 237], having appointed the Hon. Rachelle L. Harz (Ret.) to serve as the Special Discovery Master, and having referred a series ot discovery disputes to the Special Discovery Master;

and the July 17, 2023 Order having provided that any party objecting to a ruling of the Special Discovery Master must file the objection within fourteen days after the ruling, *see* Order, July 17, 2023, D.E. 237, at ¶11(a);

and the July 17, 2023 Order also having provided that "if no notice of objection is filed within five days of the Special Discovery Master's ruling, the right to object is waived and the Special Discovery Master's ruling is deemed adopted in full[,]" *id.* at ¶11(d);[1]

---

[1] The Court will issue an Amended Order Appointing the Special Discovery Master solely to rectify the inconsistency in the deadline to file the notice of objection, and clarify that any objecting party has fourteen days to file such objection. The discrepancy in the July 17, 2023 Order does not alter the Court's adoption of the Special Discovery Master's September 12, 2023 Decision and Recommendation, because no party filed any objection within either five or fourteen days of its issuance.

and it appearing that on September 12, 2023, the Special Discovery Master issued a Decision and Recommendation, D.E. 240, that resolved four disputes concerning discovery that Plaintiffs sought from Defendant, *see* Decision and Recommendation, Sept. 12, 2023, D.E. 240;

and it further appearing that since the issuance of the Special Discovery Master's Decision and Recommendation, no party has filed an objection thereto;

and the Court having conducted a de novo review of the Decision and Recommendation pursuant to Federal Rules of Civil Procedure 53(f)(3) and (f)(4), and having concluded that the Special Discovery Master applied the correct legal standards to the discovery disputes and reached appropriate conclusions in resolving the discovery disputes;

and for good cause shown;

**IT IS on this 4th day of October 2023,**

**ORDERED THAT** the Decision and Recommendation of the Special Discovery Master filed on September 12, 2023 [D.E. 240] is hereby ADOPTED IN FULL.

*s/Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**