BARCLAY DAMON LLP
Brad M. Gallagher (NJ Bar No.
017172006)
Linda J. Clark (*pro hac vice*)
Lauren J. Wachtler (*pro hac vice*)
80 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 429-4200
Fax: (518) 429-4001
Email: bgallagher@barclaydamon.com
        lclark@barclaydamon.com
        lwachtler@barclaydamon.com
*Attorneys for Plaintiffs*

BARNES & THORNBURG, LLP
Regina S.E. Murphy, Esq. (NJ Bar No.
031712010)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Tel:   (302) 300-3434
Fax:   (302) 300-3456
Email:    gigi.murphy@btlaw.com
*Attorneys for Defendant NABP*

BARNES & THORNBURG, LLP
Brian E. Casey, Esq. (*pro hac vice*)
Kelly J. Hartzler, Esq. (*pro hac vice*)
700 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601-1632
Tel: (574) 237-1285
Fax: (574) 237-1125
Email: brian.casey@btlaw.com
        kelly.hartzler@btlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PriMed Pharmaceuticals, LLC and Oak Drugs, Inc., <br><br>        *Plaintiffs*, <br><br>   -against- <br><br> National Association of Boards of Pharmacy, *et. al.,* <br><br>        *Defendant.* | C.A. No. 2:18-cv-17462-KM-MAH |

## <u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>

Plaintiffs PriMed Pharmaceuticals, LLC ("PriMed") and Oak Drugs, Inc. ("Oak," together with PriMed "Plaintiffs") and Defendant National Association of Boards of Pharmacy ("NABP"), by their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal with prejudice of all claims asserted in this action. Each Party is to bear its own attorneys' fees and costs.

***Signatures on Next Page.***

Dated: <u>December 22, 2023</u>          Respectfully submitted,

**BARCLAY DAMON LLP**

By:     */s/ Brad M. Gallagher*
          Brad M. Gallagher
          Linda J. Clark (*pro hac vice*)
          Lauren J. Wachtler (*pro hac vice*)
          80 State Street, 6th Floor
          Albany, New York 12207
          Tel: (518) 429-4200
          Fax: (518) 429-4001
          bgallagher@barclaydamon.com
          lclark@barclaydamon.com
          lwachtler@barclaydamon.com

          ***Attorneys for Plaintiffs PriMed Pharmaceuticals, LLC and Oak Drugs Inc.***

**BARNES & THORNBURG LLP**

*/s/ Regina S.E. Murphy*
Regina S.E. Murphy (NJ Bar No. 031712010)

1000 N. West Street, Suite 1500
Wilmington, DE 19801
Tel:    (302) 300-3434
Fax:    (302) 300-3456
Email: gigi.murphy@btlaw.com

Brian Casey, Esq. (*pro hac vice*)
Kelly J. Hartzler, Esq. (*pro hac vice*)
700 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601-1632

Tel:   (574) 237-1285
Fax:   (574) 237-1125
Email: brian.casey@btlaw.com
          kelly.hartzler@btlaw.com

***Attorneys for Defendant National Association of Boards of Pharmacy***

**Dated:** _____

**SO ORDERED:**

_____
The Honorable Brian R. Martinotti
United States District Judge

SO ORDERED:

___s/ *Brian R. Martinotti*_____
BRIAN R. MARTINOTTI, USDJ
DATED:  DECEMBER 22, 2023

## <u>CERTIFICATE OF SERVICE</u>

I, Brad M. Gallagher, hereby certify that on this 22nd day of December, I caused a copy of the parties' **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** to be served upon counsel of record via the Court's electronic filing system.

/s/ *Brad M. Gallagher*
Brad M. Gallagher